```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PHONG BA TRAN, | ) |
| --- | --- |
| | ) No. C 08-3805 MHP |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| NANCY ALCANTAR, Field Office Director, | ) |
| Immigration and Customs Enforcement; | ) |
| DHS, Department of Homeland Security; | ) |
| MICHAEL MUKASEY, Attorney General, | ) |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that representation of Defendants in the above-entitled proceeding will be by Ila C. Deiss, Assistant United States Attorney.

Dated: August 15, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          _____/s/_____
                                          ILA C. DEISS
                                          Assistant United States Attorney

Notice of Appearance
C08-3805 MHP